```
                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF OHIO
                         WESTERN DIVISION
```

**CIVIL ACTION NO. 1:16-cv-631 (WOB-MRM)**

**BILLY S. CAMPBELL**                                          **PETITIONER**

VS.                              **JUDGMENT**

**TERRY A. TIBBALS, WARDEN,**
**LONDON CORRECTIONAL INSTITUTION**                            **RESPONDENT**


This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. 15), and having considered *de novo* those objections filed thereto by Petitioner (Doc. 18), and the Court being sufficiently advised,

**IT IS ORDERED** that the objections (Doc. 18) to the Report and Recommendation (Doc. 15) be, and hereby are, **overruled**. That the Report and Recommendation of the Magistrate Judge (Doc. 15) be, and it hereby is, **adopted** as the findings of fact and conclusions of law of this Court; that petitioner's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. 1), is **DISMISSED WITH PREJUDICE**. A certificate of appealability shall not issue with respect to the claims alleged in the petition. Pursuant to 28 U.S.C. § 1915(a)(3), any application by

petitioner to proceed on appeal *in forma pauperis* would be not be taken in "good faith."

This 31st day of August, 2017.



Signed By:
William O. Bertelsman WOB
United States District Judge